YEE & KAWASHIMA, LLLP

JARED N. KAWASHIMA 6289
CHRISTIN D. W. KAWADA 10038
1000 Bishop Street, Suite 908
Honolulu, Hawaii 96813
Telephone: (808) 524-4501
Facsimile: (888) 524-0407
E-mail: jared@yklawhawaii.com
E-mail: christin@yklawhawaii.com

Attorney for Plaintiffs
HOTEL INDUSTRY – ILWU PENSION PLAN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HOTEL INDUSTRY – ILWU PENSION PLAN, | CIVIL NO. 20-00363 DKW-KJM |
| Plaintiffs, | STIPULATED JUDGMENT AND ORDER |
| vs. | |
| KAUAI ISLAND TOURS, a Hawaii corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10, DOE TRUSTS 1-10, | |
| Defendants. | |

## STIPULATED JUDGMENT AND ORDER

This Stipulated Judgment is entered into by and between Plaintiffs Trustees of the HOTEL INDUSTRY – ILWU PENSION PLAN ("Plaintiff"), and Defendant KAUAI ISLAND TOURS, a Hawaii corporation ("Defendant") by and through Plaintiff's undersigned counsel and Defendant. Plaintiff and Defendant have agreed to resolve this matter through the entry of this Stipulated Judgment.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judgment is entered in favor of Plaintiff and against Defendant KAUAI ISLAND TOURS in the amount of TWO HUNDRED TWENTY NINE THOUSAND FOUR HUNDRED TWENTY TWO DOLLARS ($229,422.00).

Upon entry of this Stipulated Judgment, post-judgment interest at the statutory rate of ten percent (10%) per annum shall apply.

This Stipulated Judgment is entered pursuant to full and fair negotiations between the parties.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that this Court shall retain jurisdiction over the parties to enforce this Stipulated Judgment.

This is the final judgment and there are no other claims pending by or against any party.

[Signatures on the following page]

DATED: Honolulu, Hawai`i, __October 23__, 2020.

                         /s/ Jared N. Kawashima
                         JARED N. KAWASHIMA
                         CHRISTIN D. W. KAWADA
                         Attorneys for Plaintiffs
                         HOTEL INDUSTRY – ILWU PENSION PLAN

DATED: Honolulu, Hawai`i, __October 23__, 2020.

                         KAUAI ISLAND TOURS

By _____
Print Name: Edward Matsukawa
Its: President

APPROVED AND SO ORDERED:

DATED: October 26, 2020 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

In the United States District Court For The District Of Hawaii; Civil No. 20-00363 DKW-KJM; HOTEL INDUSTRY – ILWU PENSION PLAN, et al., vs. KAUAI ISLAND TOURS, a Hawaii corporation; *Stipulated Judgment and Order*